MURPHY v. COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK.

No. 419. Decided November 23, 1959.

*Edward M. Horey* for appellant.

*Charles A. Brind* for appellee.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

BREATON v. UNITED STATES.

No. 54, Misc. Decided November 23, 1959.

Petitioner *pro se.*

*Solicitor General Rankin* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded to the District Court for further consideration in the light of Public Law 86–320, approved September 21, 1959, 73 Stat. 590.